# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio Aguayo Alapizco, et al., | No. CV-15-00206-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| Ernesto Rascon, et al., | |
| Defendants. | |

On September 4, 2015, Plaintiffs filed a Notice of Voluntary Dismissal (Doc. 16). Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Clerk of Court is directed to close this case.

Dated this 8th day of September, 2015.

Honorable Rosemary Márquez
United States District Judge